IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

Case No. 7:11-CR-00084-M

UNITED STATES OF AMERICA,

    Plaintiff,

v.

PIERRE HALL,

    Defendant.

ORDER

This matter comes before the court on a CJA-23 financial affidavit filed by Defendant on October 11, 2023 [DE 41]. The court finds Defendant is entitled to the appointment of counsel at the public's expense and, thus, the Office of the Federal Public Defender is ordered to appoint counsel to represent Defendant in this action.

SO ORDERED this 13th day of October, 2023.

Richard E Myers II
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE